AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | | |
|---|---|---|
| United States of America<br>v.<br>Mark Campano<br><br>*Defendant(s)* | ) ) ) ) ) ) ) | Case No. 5:09 MJ 1049 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 23, 2009__ in the county of __Summit__ in the __Northern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 26 U.S.C. Sections 5845, 5861(d), and 5871 | Possession of destructive device not registered to him in the National Firearms Registration and Transfer Record |

This criminal complaint is based on these facts:
See Attached Affidavit of S/A Guerra

☑ Continued on the attached sheet.

*Complainant's signature*

Donald J. Guerra, ATF Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Nov. 25, 2009

*Judge's signature*

City and state: Akron, Ohio

Benita Y. Pearson, U.S. Magistrate Judge
*Printed name and title*